```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-10-24
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LIZA BEAR,

                Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.

                Defendants.

-----------------------------------------------------------X

Case No.: 1:23-cv-7566

**VOLUNTARY STIPULATION OF DISMISSAL**

    Plaintiff, Liza Bear and Defendant, Whole Food Market Group, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

_____
Peter G. Lavrenchik, Esq.
THE LAW OFFICES OF PETER G.
LAVRENCHIK, PLLC
*Attorneys for Plaintiff*
395 North Service Road – Suite 302
Melville, New York 11747
(631) 338-5915

_____
Mitchell B. Levine, Esq.
FISHMAN MCINTYRE LEVINE
SAMANSKY, P.C.
*Attorneys for Defendant*
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 461-7190
Our File No.: WH-116

1

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 10, 2024

JUDGE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE